# Intended Notice Recipients – Method of Notice

District/Off: 0209–2   User: ginny   Date Created: 7/28/2006
Case: 2–05–21831–JCN   Form ID: ntcentry   Total: 6

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
tr   George M. Reiber   trustee13@roch13.com, greiber@roch13.com
aty   John F. McKeown   jmckeown@frontiernet.net

                                                                            TOTAL: 2

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
db   Thomas J. O'Rourke   902 Fenwick Ln   Victor, NY 14564
jdb   Carol D. O'Rourke   902 Fenwick Ln   Victor, NY 14564
     U S Trustee   Room 6080   100 State Street   Rochester, NY 14614
     Wendy J. Kisch, Esq.   US Department of Justice   Tax Department Trial Attorney for IRS   P O Box 55   Ben Franklin Station   Washington, DC 20044

                                                                            TOTAL: 4